# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| WALTER DAMUS, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHARLES M. DAMUS, et al., )<br>)<br>Defendant. ) | **C06-264 JPD**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Court hereby schedules Oral Argument on the Motion for Summary Judgment for

*Tuesday, 24 October 2006 at 1:30pm*

The hearing will be held in Courtroom 12A, United States Courthouse, Seattle, Washington.  The Court will allow up to thirty (30) minutes per side for presentation of their respective arguments.

Dated this 13th day of October , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23   Dated this 13th day of October , 2006
24
25   /S/ PETER H. VOELKER
     Deputy Clerk
26 **MINUTE ORDER**